IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL S. BOWE**                                                                                              **PETITIONER**

**vs.**                                                    **CIVIL ACTION No.: 3:22-CV-515-HTW-LGI**

**WARDEN UNKNOWN BOULETT**                                                       **RESPONDENT**


**ORDER ADOPTING REPORT AND RECOMMENDATION**

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 12]**. In her Report and Recommendation, filed on August 29, 2023, Magistrate Judge Isaac recommended that Petitioner Michael S. Bowe's motion to voluntarily dismiss his petition [Docket no.10] be granted and this case be dismissed with prejudiceMagistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days. To date, no objection has been filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 12]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

IT IS THEREFORE ORDERED THAT the Petitioner Michael S. Bowe's Motion to dismiss his §2241 Petition [Docket no. 10] hereby is granted. Accordingly, this action is hereby **DISMISSED** with prejudice.

**SO ORDERED this the 8th day of February, 2024.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**